IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH and L J FARMS, a Partnership, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-658C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian T. Edmunds as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Brian T. Edmunds
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: September 27, 2006

s/Brian T. Edmunds
Brian T. Edmunds
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202)616-8253
Telecopier:(202)307-0792

CERTIFICATE OF FILING

I hereby certify that on September 27, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds