IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY ESCH, PAUL ESCH, | ) | |
| DAVID ESCH, REGINA WORTHINGTON, | ) | |
| RAYMOND ESCH, JUDY ESCH BROWN, | ) | |
| DONALD ESCH, and L J FARMS, | ) | No. 06-658C |
| a Partnership, | ) | (Judge Braden) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF THE TIME FOR RESPONDING TO THE COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for responding to the complaint in this case by 75 days, so that the response will be due on Wednesday, January 31, 2007. The current deadline for discovery is November 17, 2006. The United States has not previously requested an enlargement, and plaintiffs do not oppose this motion.

The United States requests this enlargement to accommodate the schedule of the trial attorney assigned to this case, Brian Edmunds. Mr. Edmunds has a variety of time constraints imposed by other cases that require attention in November and December. Specifically, Mr. Edmunds is currently litigating an expedited bid protest in this Court, with briefing due on November 9, 2006, and has oral arguments before this Court and the Federal Circuit on November 14 and 8, 2006, respectively. Mr. Edmunds also has substantial briefing and discovery responsibilities in cases before this Court and the Federal Circuit in November and December, including a Federal Circuit brief due on November 27 and likely other briefs in that court, responses to other complaints due in this Court on November 28 and December 6, 15, and

22, 2006, and discovery deadlines in this Court on November 13, 2006 and December 29, 2006. Additionally, an enlargement is warranted to enable counsel to review the extensive record of past proceedings filed by plaintiffs.

Accordingly, we respectfully request that the period for discovery be enlarged by 75 days so that defendant's response to the complaint is due on January 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

November 7, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 7, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF THE TIME FOR RESPONDING TO THE COMPLAINT" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds