# In the United States Court of Federal Claims

No. 06-658C
Filed: November 13, 2006

| | |
|---|---|
| *********************************** | |
| | * |
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH, and L J FARMS, a Partnership | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the court hereby grants the Government's Unopposed Motion For Enlargement Of The Time For Responding To The Complaint. Accordingly, Defendant's answer to Plaintiff's September 18, 2006 Complaint is due on January 31, 2007.

**IT IS SO ORDERED.**

**s/Susan Braden**
**SUSAN G. BRADEN**
**Judge**