IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH, and L J FARMS, a Partnership, | ) | No. 06-658C (Judge Braden) |
| Plaintiffs, | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF SCOTT A. MILLER

I, Scott A. Miller, being of lawful age, do state and declare as follows:

1. I am a Farm Loan Specialist with the Farm Service Agency, United States Department of Agriculture. I have held this position since March 1994. In my position as Farm Loan Specialist, I am familiar with the history of the loans to L J Farms, a Partnership and the administrative offset of certain Commodity Credit Corporation program payments relating to a production flexibility contract entered into by the plaintiffs, Timothy Esch, Paul Esch, David Esch, Regina Worthington, Raymond Esch, Judy Esch Brown and Donald Esch.

2. I have reviewed the official agency records of Farm Service Agency and determined that the last administrative offset by Farm Service Agency of any payment due the plaintiffs occurred on November 3, 1999.

I declare under penalty of perjury under the laws of the United States and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated this 30th day of January 2007.

Scott A. Miller

Scott A. Miller
Farm Loan Specialist
Farm Service Agency, U.S.D.A.
Lakewood, Colorado