IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| PATRICK ESCH, DENNIS ESCH, TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, DONALD ESCH, JUDY ESCH BROWN, and L J FARMS, | 01-5145 |
| Plaintiffs-Appellants, | |
| v. | |
| THE UNITED STATES, | |
| Defendant-Appellee. | |

MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, plaintiffs-appellants, Patrick Esch, Dennis Esch, Timothy Esch, Paul Esch, David Esch, Regina Worthington, Raymond Esch, Donald Esch, Judy Esch Brown, and LJ Farms, each respectfully requests the Court to enter an order dismissing plaintiffs-appellants's appeal in this case. Defendant-appellee, the United States, concurs with this motion. Each party shall bear its own costs, expenses, and attorney fees. A proposed order is attached.

Respectfully submitted,

K.C. ENGDAHL
RAYNOR, RENSCH & PFEIFFER
10110 Nicholas Street
Suite 102
Omaha, Nebraska 68114
(402) 498-4400

Attorney for Plaintiffs-Appellants, Patrick Esch, Dennis Esch, Timothy Esch, Paul Esch, David Esch, Regina Worthington, Raymond Esch, Judith Esch Brown, Donald Esch, and LJ Farms

Dated: 11-26-01