25 Fed.Appx. 942

**(Cite as: 25 Fed.Appx. 942)**

**H**

**Briefs and Other Related Documents**

This case was not selected for publication in the Federal Reporter.

NOTE: Pursuant to Fed.Cir.R. 47.6, this order is not citable as precedent. It is public record.

Please use FIND to look at the applicable circuit court rule before citing this opinion. Federal Circuit Rule 47.6. (FIND CTAF Rule 47.6.)

United States Court of Appeals,
Federal Circuit.
Patrick **ESCH,** Dennis **Esch,** Timothy **Esch,** Paul **Esch,** David **Esch,** Regina Worthington, Raymond **Esch,** Donald **Esch,** Judy **Esch** Brown, and L J Farms,
Plaintiffs-Appellants,
v.
UNITED STATES, Defendant-Appellee.
**No. 01-5145.**

Dec. 5, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

25 Fed.Appx. 942

**Briefs and Other Related Documents (Back to top)**

• 01-5145 (Docket) (Aug. 28, 2001)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.