IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH and L J FARMS, a Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA and MIKE JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | ) | CASE NO.:<br><br>**Agreed Motion to Extend Response Deadline to Defendants Motion to Dismiss** |

Come now the Plaintiffs and apply to the Court for an Order pursuant to RCFC 6.1 extending Plaintiffs deadline to respond to Defendants 12(b)(1) and 12(b)(6) Motion to Dismiss, for a period of 30 days. No prior extensions have been requested by Plaintiff.

An extension is necessary to meaningfully respond to Defendant's motion due to complexity of the matter and the substantial time which has lapsed since the date of alleged wrong and long history of litigation between the parties. Location of records, documents and things pertaining to the matter is a complex and time consuming task.

The current deadline applicable for resistance to said Motion is March 5, 2007. Allowance of Plaintiff's Motion will establish a new response deadline of April 4, 2007.

The undersigned Counsel represents that he has personally spoken with Defendant's Trial Counsel, Brian T. Edmunds and that Counsel does not object to said motion and is in agreement that the same should, in the discretion of the Court, be granted

Wherefore, Plaintiffs play that their Motion to Extend Response Deadline be granted, and that the applicable response deadline be established as April 4, 2007.

Dated this 2d day of March, 2007.

TIMOTHY ESCH, PAUL ESCH, DAVIDESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDITH ESCH BROWN, DONALD ESCH and L J FARMS, a Partnership, Plaintiffs,

By:s/ K.C. Engdahl
K.C. Engdahl,
Nebraska Bar No.17678
Ballew Schneider Covalt
Gaines & Engdahl, PC LLO
1625 Farnam Street, Suite 300
Omaha, Nebraska 68102
Telephone: (402) 934-9499
Facsimile: (402) 934-7730
kc@bsclawfirm.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing motion was served electronically upon all Counsel for parties in interest by utilization of the Clerk of the Court's CM/ECF system

s/ K.C. Engdahl