IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH and L J FARMS, a Partnership, | ) | CASE NO.: 06-658 |
| Plaintiffs, | ) | Hon. Judge Susan Braden |
| vs. | ) | |
| THE UNITED STATES OF AMERICA and MIKE JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Come now the Plaintiffs and apply to the Court for an Order pursuant to RCFC 6.1 extending Plaintiffs deadline to respond to Defendants 12(b)(1) and 12(b)(6) Motion to Dismiss, for a period of 30 days. Plaintiffs have requested one prior extension, and in support of this additional request, states that counsel for the Plaintiffs has been battling a protracted case of viral influenza, but believes that an additional extension of thirty days is sufficient to enable him to respond to Defendants' Motion to Dismiss.

In addition, an extension is necessary to meaningfully respond to Defendant's motion due to complexity of the matter and the substantial time which has lapsed since the date of alleged wrong and long history of litigation between the parties. Records, documents and things pertaining to the matter have been located, but additional time is necessary to meaningfully review the complex materials available.

The current deadline applicable for resistance to said Motion is April 4, 2007. Allowance of Plaintiff's Motion will establish a new response deadline of May 4, 2007.

The undersigned Counsel represents that he has contacted Defendant's Trial Counsel, Brian T. Edmunds, by and through his assistant, and that Counsel does not object to said motion and is in agreement that the same should, in the discretion of the Court, be granted

Wherefore, Plaintiffs play that their Motion to Extend Response Deadline be granted, and that the applicable response deadline be established as May 4, 2007.

Dated this 3rd day of April, 2007.

TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDITH ESCH BROWN, DONALD ESCH and L J FARMS, a Partnership, Plaintiffs,

By: s/ K.C. Engdahl

K.C. Engdahl,
Nebraska Bar No.17678
Ballew Schneider Covalt
Gaines & Engdahl, PC LLO
1625 Farnam Street, Suite 300
Omaha, Nebraska 68102
Telephone: (402) 934-9499
Facsimile: (402) 934-7730
kc@bsclawfirm.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing motion was served electronically upon all Counsel for parties in interest by utilization of the Clerk of the Court's CM/ECF system on the 3rd day of April, 2007.

s/ K.C. Engdahl

K.C. Engdahl, NE Bar No. 17678