# In the United States Court of Federal Claims

No. 06-658C
Filed: April 5, 2007

| | |
|---|---|
| ********************************** | |
| | * |
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH, and L J FARMS, a Partnership | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ********************************** | |

**ORDER**

Plaintiffs' April 3, 2007 Unopposed Motion For Extension of Time to File Response to the Government's January 31, 2007 Motion to Dismiss is hereby granted. Plaintiffs' Response is due on or before May 4, 2007.

**IT IS SO ORDERED.**

**s/Susan Braden**
**SUSAN G. BRADEN**
**Judge**