IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH and L J FARMS, a Partnership, | ) | CASE NO.: 06-658 |
| Plaintiffs, | ) | Hon. Judge Susan Braden |
| vs. | ) | |
| THE UNITED STATES OF AMERICA and MIKE JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Come now the Plaintiffs and apply to the Court for an Order pursuant to RCFC 6.1 extending Plaintiffs deadline to respond to Defendants 12(b)(1) and 12(b)(6) Motion to Dismiss, for a period of 3 days. Plaintiffs have requested two prior extensions, and in support of this additional request, states that counsel has been in Court out of town numerous times in the preceding thirty days which have left him unable to complete and place Plaintiffs' response to Defendants' Motion to Dismiss in final form, but believes that an additional extension of three days is sufficient to enable him to respond to Defendants' Motion to Dismiss.

The current deadline applicable for resistance to said Motion is May 4, 2007. Allowance of Plaintiff's Motion will establish a new response deadline of May 7, 2007.

The undersigned Counsel represents that he has contacted Defendant's Trial Counsel, Brian T. Edmunds, who expressed that he does not object to said motion and is in agreement that the same should, in the discretion of the Court, be granted

Wherefore, Plaintiffs pray that their Motion to Extend Response Deadline be granted, and that the applicable response deadline be established as May 7, 2007.

Dated this 3rd day of May, 2007.

TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDITH ESCH BROWN, DONALD ESCH and L J FARMS, a Partnership, Plaintiffs,

By: s/ K.C. Engdahl

K.C. Engdahl,
Nebraska Bar No.17678
Ballew Schneider Covalt
Gaines & Engdahl, PC LLO
1625 Farnam Street, Suite 300
Omaha, Nebraska 68102
Telephone: (402) 934-9499
Facsimile: (402) 934-7730
kc@bsclawfirm.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing motion was served electronically upon all Counsel for parties in interest by utilization of the Clerk of the Court's CM/ECF system on the 3rd day of May, 2007.

s/ K.C. Engdahl
K.C. Engdahl, NE Bar No. 17678