IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH, and L J FARMS, a Partnership, | ) | No. 06-658C (Judge Braden) |
| Plaintiffs, | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF THE TIME FOR FILING REPLY BRIEF

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for filing its reply to plaintiffs' response to our motion to dismiss by 32 days, so that the reply will be due on Monday, June 25, 2007. The current deadline for the reply is May 24, 2007. This is our first request for an enlargement for this purpose, and plaintiffs consent.

We have reviewed plaintiffs' response to our motion and commenced working on our reply. However, we will require additional time to complete it, obtain review, and file it with the Court. In addition to this matter, counsel for the Government has several approaching deadlines in May and June in this Court, the Court of International Trade, and the United States Court of Appeals for the Federal Circuit, including, but not limited to, discovery (document production and interrogatory response) deadlines in Multiservice Joint Venture LLC v. United States, No. 06-312C (Fed Cl.), and Whitaker Contractors, Inc. v. United States, No. 06-095C (Fed. Cl.), on May 23, 2007 and June 1, 2007, respectively. Counsel also needs to conduct depositions and/or other affirmative discovery in Multiservice, Whitaker Contractors, and Innovair Ltd. v. United

States, No. 96-408 (Fed Cl.), by mid-June, in order to keep pace with the discovery and trial schedules set in these cases. Further, counsel has a June 4, 2007 oral argument in Rods v. Department of the Interior, No. 2006-3424 (Fed. Cir.), and a June 13, 2007 mediation conference in Isbell v. Social Security Administration, No. 2006-3431 (Fed. Cir.). To accommodate these and other responsibilities, we request an enlargement of time of 32 days within which we may file our reply brief in this case.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

May 15, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 15, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF THE TIME FOR FILING REPLY BRIEF" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds