# In the United States Court of Federal Claims

No. 06-658C
Filed: May 17, 2007

| | |
|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH, and L J FARMS, a Partnership | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

The Government's May 15, 2007 Unopposed Motion For Enlargement of Time to File Reply to Plaintiff's May 7, 2007 Response to the Government's January 31, 2007 Motion to Dismiss is hereby granted. The Government's Reply is due on or before June 25, 2007.

**IT IS SO ORDERED.**

**s/Susan Braden**
**SUSAN G. BRADEN**
**Judge**