IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH, and L J FARMS, a Partnership, | ) | No. 06-658C (Judge Braden) |
| Plaintiffs, | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR
ENLARGEMENT OF THE TIME FOR FILING REPLY BRIEF

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for filing its reply to plaintiffs' response to our motion to dismiss by 14 days, so that the reply will be due on Monday, July 9, 2007. The current deadline for the reply is June 25, 2007. This is the United States' second request for an enlargement (the first request sought 32 days), and plaintiffs consent.

We request this enlargement because the counsel for the Government's schedule has been slightly more constrained than anticipated at the time the Government filed its first motion for an enlargement. Specifically, in June, counsel has had to respond to unexpected filings in Carter v. Department of Veterans Affairs, No. 2007-7086 (Fed. Cir.) and Hardy v. United States Postal Service, No. 2007-3112 (Fed. Cir.), and has had settlement, mediation, and discovery discussions, and other developments that took more time than anticipated in other cases. Additionally, counsel is now scheduled to take a deposition on June 26, 2007 that has been difficult to schedule, and needs the next few days to fully prepare for this deposition.

Plaintiffs will not be prejudiced by this enlargement. Plaintiffs themselves sought several enlargements for filing their response to defendant's motion to dismiss, and the enlargement requested here is short. For these reasons, we respectfully request an enlargement of 14 days in which to file our reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Mark. A. Melnick
MARK A. MELNICK
Assistant Director

s/Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

June 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 21, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF THE TIME FOR FILING REPLY BRIEF" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds