# In the United States Court of Federal Claims

No. 06-658C
Filed: June 22, 2007

| | |
|---|---|
| TIMOTHY ESCH, PAUL ESCH, DAVID ESCH, REGINA WORTHINGTON, RAYMOND ESCH, JUDY ESCH BROWN, DONALD ESCH, and L J FARMS, a Partnership | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The Government's June 21, 2007 Second Unopposed Motion For Enlargement of Time For Filing Reply to Plaintiffs' May 7, 2007 Response to the Government's January 31, 2007 Motion to Dismiss is hereby granted. The Government's Reply is due on or before July 9, 2007.

**IT IS SO ORDERED.**

**s/Susan Braden**
**SUSAN G. BRADEN**
**Judge**